FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 01 2011

Stephan Harris, Clerk
Cheyenne

Gregory C. Dyekman-Wyo. Bar No. 5-1858
L. Barton Peach- Wyo. Bar No. 6-4299
Dray, Dyekman, Reed & Healey, P.C.
204 East 22nd Street
Cheyenne, WY 82001-3729
(307) 634-8891 – Telephone
(307) 634-8902 – Facsimile
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALLAN RISING ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PURELINE TREATMENT CENTERS, ) <br> a subsidiary of RESONANT ) <br> BIOSCIENCES, LLC, in their official ) <br> capacities, jointly and severally, STEVE ) <br> GRASSBAUGH, Vice President, Finance ) <br> & Administration, Resonant Biosciences, ) <br> TOM O'CONNELL, Board Member, ) <br> Resonant Biosciences, and BOB ) <br> SULLIVAN, Sales Manager, Resonant ) <br> Biosciences, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: 11-CV-122-F |

## NOTIFICATION OF COMPLEXITY OF CIVIL CASE

Defendants, Pureline Treatment Systems, LLC (incorrectly identified in the Plaintiff's

Complaint as Pureline Treatment Centers), Resonant Biosciences, LLC, Steve Grassbaugh, Tom

O'Connell and Bob Sullivan, pursuant to U.S.D.C.L.R. 16.4, hereby notify the Court and the opposing parties that the above named civil case is:

    X             NON-COMPLEX

                COMPLEX

Dated this 1st day of April, 2011.

Respectfully Submitted,

DEFENDANTS, PURELINE TREATMENT SYSTEMS, LLC, RESONANT BIOSCIENCES, LLC, STEVE GRASSBAUGH, TOM O'CONNELL, AND BOB SULLIVAN

By: _/s/ Gregory C. Dyekman_
Gregory C. Dyekman (Wyo. Bar No. 5-1858)
L. Barton Peach (Wyo. Bar No. 6-4299)
Dray, Dyekman, Reed & Healey, P.C.
204 East 22nd Street
Cheyenne, WY 82001-3799
(307) 634-8891 – Telephone
(307) 634-8902 – Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011, a copy of the foregoing was served, via U.S. mail, postage prepaid, on the following:

Dana J. Lent
KNUDSEN LAW OFFICES
108 East 20th
Torrington, WY 82240

By: _/s/ Gregory C. Dyekman_
Dray, Dyekman, Reed & Healey, P.C.